IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| In the Matter of the Search of: | MJ 19-50-M-KLD |
| i-Phone Cell Phone bearing 415-299-9660 more fully described in Attachment A-2 | ORDER |

The warrant in the above-entitled matter having been executed and returned - together with a copy of the certified inventory of the property seized - to the undersigned, the Clerk of Court is directed to file the same.

IT IS SO ORDERED.

DATED this 28th day of August, 2019.

Kathleen L. DeSoto
United States Magistrate Judge

1